IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
<u>Western</u> DIVISION

<u>Carolyn Ray Turnbow Avery</u>
(Enter Above the Name of the Plaintiff in this Action)

vs.

<u>Louis DeJoy Postmaster General</u>
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

1:23CV720

J. COLE

M.J. BOWMAN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

<u>Carolyn Ray Turnbow Avery.</u>
Name - Full Name Please - PRINT

<u>4220 Waterfront Ct</u>
Street Address

<u>Fairfield , Ohio 45014.</u>
City, State and Zip Code

<u>(513) 910-5120</u>
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

1

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Louis DeJoy Postmaster General**
   Name - Full Name Please
   **475 L'Enfant Plaza SW,     Washington, DC 20260**
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title **5** United States Code, Section **5596**
   [Other federal status giving the court subject matter jurisdiction.]

2

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On November 15, 2021 I Carolyn Turnbow Avery was removed from my United State Postal Service job of 22 years, for unjustified, unwarranted personnel act action..

I was awarded my job back on June 17, 2022 with back pay/make whole.

I was order to return to work July 2, 2022. Since July 2, fell on a weekend and that was my off day I returned on July 4, 2022.

My employer has intentionally been delaying my back pay.

The Agency has improperly failed to pay the back pay that was awarded to me in a settlement agreement sign June 17, 2023.

I have attempt on several occasions to get this matter resolve.

As of today November 3, 2023 I still have not received my back pay. The delay has really harmed me financially and placed, me in a financial bind.

Attach are copies

Copy of settlement agreement. Exhibit 5

Copy of EEOC send it back to the Agency     Exhibit 6

Copy of the Demand Letter     Exhibit 7

Copy of the dated I signed off on it.     Exhibit 8

Copy of emails I send to get an update. 10/23/23     Exhibit 9

Copy of a generated automatic email reply. 10/23/23   Exhibit 10

Copy of Mr. Schild reply on. 10/31/23     Exhibit 11

Copy of what i paid the Agency to catch- up. Exhibit 12

3

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| <u>Case Number</u> | <u>Caption</u> | |
|---|---|---|
| 19:23CV571 | Carolyn R. Turnbow Avery | vs. Louis DeJoy Postmaster General. |
| _____ | _____ | vs. _____ |
| _____ | _____ | vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like the court to award/enforce the Agency to make me whole,.

Pay my back pay with interest .

Benefits I would have not received,, pension, retirement , 401 k, tsp account and money

I had to pay my employer for catch-up,.

AIll my annual/ vacation time

Court cost

Attorney fees.

Punitive damages for the intentionally delaying of my back pay and making me whole.

I state under penalty of perjury that the foregoing is true and correct. Executed on this __3__ day of __November__, 20 __23__.

_Carolyn R. Turnbow-Avery_
Signature of Plaintiff


**UNITED STATES POSTAL SERVICE**

| STEP 3 - SETTLEMENT AGREEMENT NPMHU | |
|---|---|
| OFFICE: | SPRINGDALE ANNEX, OH |
| GRIEVANT: | TURNBOW-AVERY, CAROLYN |
| ISSUE: | NOTICE OF REMOVAL |
| UNION #: | JAS122021A |
| GATS#: | 22060575 |

As a result of our recent discussion, it is mutually agreed that the above cited grievance is settled in accordance with the following:

The Notice of Removal, dated December 15, 2021, issued to the grievant for Improper Conduct, is hereby reduced to a 7 Day, No Time Off Suspension that will be retained and considered a live element of discipline for 15 months, expiring March 15, 2023.

The grievant will be scheduled to return to work no later than July 2, 2022, unless more time is needed & requested by the grievant to provide her current employer, advance notice, if applicable. Mgmt. and NPMHU Step 2 designees will meet and agree upon a backpay period for the grievant and apply a make whole remedy in accordance with ELM 436.

A PS Form 8038/8039 will be completed and submitted to adjust the grievant's pay for the period of time involved in this grievance, as applicable. A PS Form 8038 will be provided to the grievant by District Labor Relations or local management within 10 days of the signing of this agreement. Once the completed PS Form 8038 is received from the grievant, Labor Relations will complete and submit the PS Form 8039 to Eagan within 30 days for processing & payment.

This settlement agreement is non-precedent settling and is citable only for the purpose of its own enforcement.

_[signature]_  6/17/2022
Shawn Godfrey          Date:
Labor Relations Specialist

_Andy Badilishamwalimu_  6/17/2022
Andy Badilishamwalimu   Date:
NPMHU Eastern Regional Director

cc:  District Manager, Labor Relations
     Installation Head
     File

Exhibit 5

2 2023000475

In its October 13, 2022 final decision, the Agency determined that the formal complaint was comprised of the following claims:

1. On August 26, 2022, [Complainant] became aware that management had not processed [her] Step 3 Grievance Settlement for backpay.

2. On September 20, 2022, a supervisor would not allow [her] to ride the Powered Industrial Transport of [her] choice.

The Agency dismissed claim (1) for failure to state a claim. The Agency reasoned that this matter is a collateral attack on the grievance process. The Agency dismissed claim (2) for failure to state a claim. The Agency reasoned that this matter was not sufficiently severe or pervasive to set forth an actionable claim of harassment. The Agency further found that regarding the basis of reprisal that this matter was not reasonably likely to deter Complainant or others from engaging in protected activity.

The instant appeal followed. On appeal, Complainant reiterates that the Agency failed to pay her proper backpay pursuant to a grievance settlement agreement. Regarding claim (2), Complainant states that on multiple occasions a management official would not allow her to use a forklift to perform her job duties (loading/unloading boxes and stacking boxes) but made her use a pallet lift. Complainant asserts that using a pallet lift is more physically taxing. Specifically, Complainant states that the forklift is a sit-down piece of equipment while the pallet lift is a stand-up piece of equipment. In addition, Complainant states that the pallet lift requires upper arm strength to maneuver the arm control. Complainant asserts that while younger employees were allowed to use the forklifts, she was not allowed to do so on multiple occasions but was instructed to use the more physically taxing pallet lift.

ANALYSIS AND FINDINGS

We find that the Agency properly dismissed claim (1) for failure to state a claim. The Commission has held that an employee cannot use the EEO complaint process to lodge a collateral attack on another proceeding. See Wills v. Dep't of Defense, EEOC Request No. 05970596 (July 30, 1998); Kleinman v. U.S. Postal Serv., EEOC Request No. 05940585 (September 22, 1994); Lingad v. U. S. Postal Serv., EEOC Request No. 05930106 (June 25, 1993). Complainant is alleging that the Agency has not properly compensated her for backpay pursuant to a grievance settlement agreement. The record contains a grievance settlement for Complainant dated June 17, 2022, pertaining to an award of backpay. Thus, we find that this matter is a collateral attack on the grievance process. See Complainant v. U.S. Postal Serv., EEOC Appeal No. 0120141186 (May 30, 2014) (claim challenging award given pursuant to a grievance settlement agreement constitutes a collateral attack). The proper forum for Complainant to have raised her challenges regarding the grievance settlement is within the grievance process itself.



Carolyn Turnbow Avery
4220 Waterfront Ct
Fairfield Ohio
45014

Date: July 27, 2023

Louis Dejoy
Postmaster
U.S. Postal Service
Agency

RE: Jay E. Schild, Manager, Labor Relations Ohio Valley District

This letter of intent to sue hereby be considered formal notice that Carolyn Turnbow Avery intends to file a lawsuit against the United State Postal Service if you do not comply with the settlement demands set in this letter

The lawsuit that will be filed against The United States Postal Service pertains to the following:

Settlement Agreement.

In order to avoid the lawsuit, you must comply with the following settlement demands:

Back pay/Make Whole, dated 6/17/2022
Work hours 1160, Night work differential 1128.88, Overtime 600, Holidays, 48
Attached again are copies of prior year check stubs and I would like a copy of stub for pay period 3, 2021 which is missing. Also restore all my benefits, restore my annual.

The settlement demands described above must be made 30 days after receiving of this letter. To discuss the settlement please contact me by email crtavery@yahoo.com or 5139105120

If I do not hear from you by 30 days after receipt of this letter, I will file a lawsuit against United States Postal Services. In the event of a lawsuit, I intend to seek redress to the fullest extent permitted by law including, but not limited to, attorney fees, court costs and accrued interest.

Sincerely,

*Carolyn Turnbow-Avery*          07/27/2023

Carolyn Turnbow-Avery          Date: 07/27/2023

Exhibit 7

## I. Special Instructions

Please list any special instructions: (e.g., mailing instructions or joint name on payments).

**Note:** Back Pay awards are typically paid via a paper check and sent to the *mailing address for checks* that is on record for the employee's current finance number. Alternative mailing arrangements are not available unless a settlement or decision specifically directs other mailing procedures, or the payment is for interest, non-wage income, or reimbursable expenses.

**Leave:** If the award is paid as direct calculation (hours based), Eagan will automatically credit the claimant with the earned annual leave and sick leave to which they are entitled per provisions of the ELM (512.3 and 513.2). If any annual and/or sick leave used during the Back Pay period is to be restored to the claimant, please list those hours in the space provided below. (Example: "Restore _____ hours _____ (AL or SL) for PP ____ WK ____.") Because these hours have already been paid, they should not be listed in Section G.

## J. Signatures

| 1a. Claimant Name (please print) | 1b. Claimant Signature | 1c. Date (MM/DD/YYYY) |
|---|---|---|
| CAROLYN TURNBOW-AVERY | Carolyn Turnbow-Avery | 08/31/2023 |

| 2a. Back Pay Coordinator ☒ or their Delegate ☐ Name and Title (please print) | 2b. Back Pay Coordinator or Delegate Signature | 2c. Date (MM/DD/YYYY) |
|---|---|---|
| JAY E. SCHILD MANAGER LABOR RELATIONS | | |

| 2d. Back Pay Coordinator or Delegate Mailing Address (Number, street, suite, etc., if different from USPS contact address on page 1) | 2e. City | 2f. State | 2g. ZIP+4 |
|---|---|---|---|
| 1591 Dalton Ave Rm 2D6T | Cincinnati | OH | 45234 |

2h. Back Pay Coordinator or Delegate Telephone Number (including area code and extension): 513-684-5464

| 3a. District HR Manager ☐ or their Delegate ☐ Name and Title (please print) | 3b. District HR Manager or Delegate Signature | 3c. Date (MM/DD/YYYY) |
|---|---|---|
| | | |

## K. Privacy Act Statement

Your information will be used to process your Back Pay claim. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1003, 1004, 1005, and 1026; and 29 U.S.C. 2601 et seq. Providing this information is voluntary, but if not provided, we may not process your Back Pay claim.

We may only disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local, or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; to the Merit Systems Protection Board or Office of Special Counsel; and to federal, state, or local governments administering benefit or other programs to conduct a computer match to verify eligibility, indebtedness, or compliance with requirements of the program. For additional information regarding our privacy policies, visit www.usps.com/privacypolicy.

## L. Mailing Instructions

Mail to:

Accounting Services
Financial Processing — Pay Location 9616
2825 Lone Oak Pkwy
Eagan MN 55121-9616

PS Form 8039, February 2017, Page 7 of 7 Claimant's Last Name: TURNBOW-AVERY  EIN: 01385446

Exhibit 8

# Backpay

Exhibit 9

From: Carolyn Avery (crtavery@yahoo.com)

To: jay.e.schild@usps.gov; mrcj2u@yahoo.com

Date: Monday, October 23, 2023 at 08:07 PM EDT

Hello Jay Schild
I'm just doing a follow up on my backpay to see if you can check on it and see when it will be released.
Thanks

Sent from Yahoo Mail for iPhone

# Fw: Automatic reply: [EXTERNAL] Backpay

From: Carolyn Avery (crtavery@yahoo.com)

To: crtavery@yahoo.com

Date: Thursday, November 2, 2023 at 02:25 PM EDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "Schild, Jay E - Cincinnati, OH" <Jay.E.Schild@usps.gov>
To: "Carolyn Avery" <crtavery@yahoo.com>

Sent: Mon, Oct 23, 2023 at 8:07 PM
Subject: Automatic reply: [EXTERNAL] Backpay

I will be out of the office an unavailable Monday, October 23, 2023, through Wednesday, October 25, 2023, as I will be facilitating the New Supervisor Program. I will answer emails as time permits.

If you need assistance or have questions, please contact the Labor Relations Specialist assigned to your group.

Thank you.

Exhibit 10

# RE: [EXTERNAL] Backpay

From: Schild, Jay E - Cincinnati, OH (jay.e.schild@usps.gov)

To: crtavery@yahoo.com; mrcj2u@yahoo.com

Date: Tuesday, October 31, 2023 at 09:12 AM EDT

Good morning,

The back-pay packet has been at Eagan for about 6 weeks now and I have not heard anything from them. I cannot open a ticket until it has been 60 days since their receipt. As soon as we are beyond that, I will open a ticket if I have not heard anything from them. Thank you.

Jay E. Schild
Manager Labor Relations
Ohio 2 District
(513) 684-5464 Telephone
(513) 628-6641 Cell Phone
1 (651) 675-1420 eFax

CONFIDENTIALITY NOTICE – OFFICIAL GOVERNMENT BUSINESS

This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 USC 2510 and it's disclosure is strictly limited to the recipient by the sender of this message. This e-Mail May contain confidential or privileged information that is exempt from disclosure under applicable law. Any review or distribution beyond its intended recipient is strictly prohibited.

---

From: Carolyn Avery <crtavery@yahoo.com>
Sent: Monday, October 23, 2023 8:07 PM
To: Schild, Jay E - Cincinnati, OH <Jay.E.Schild@usps.gov>; Charles Johnson Jr. Pres MH Cincinnati <mrcj2u@yahoo.com>
Subject: [EXTERNAL] Backpay

**CAUTION:** This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Hello Jay Schild

I'm just doing a follow up on my backpay to see if you can check on it and see when it will be released.

Thanks

Sent from Yahoo Mail for iPhone

Exhibit 11

| Number | Date | PO Number | Class | Original Amount | Balance Due | Due Date | Transaction Type |
|---|---|---|---|---|---|---|---|
| 703475244 | 25-Oct-23 | A35960 PRD | Invoice | 2071.1 | 2071.1 | 24-Nov-23 | OVERDRAWN LEAVE |
| 703475245 | 25-Oct-23 | M77540 PRD | Invoice | 124.48 | 124.48 | 24-Nov-23 | HB |
| M91370202223 | 10-Nov-22 | | Payment | -36.96 | 0 | 9-Nov-22 | PAYROLL DEDUCTIONS |
| M91370202222 | 28-Oct-22 | | Payment | -543.74 | 0 | 26-Oct-22 | PAYROLL DEDUCTIONS |
| M91370202221 | 14-Oct-22 | | Payment | -480.75 | 0 | 12-Oct-22 | PAYROLL DEDUCTIONS |
| M25980202218 | 2-Sep-22 | | Payment | -263.51 | 0 | 31-Aug-22 | PAYROLL DEDUCTIONS |
| M25980202217 | 19-Aug-22 | | Payment | -435.76 | 0 | 17-Aug-22 | PAYROLL DEDUCTIONS |
| M25980202216 | 5-Aug-22 | | Payment | -362.18 | 0 | 3-Aug-22 | PAYROLL DEDUCTIONS |
| 703326946 | 20-Jul-22 | M91370 PRD | Invoice | 1061.45 | 0 | 19-Aug-22 | HB |
| 703307362 | 11-May-22 | M25980 PRD | Invoice | 1061.45 | 0 | 10-Jun-22 | HB |

Exhibit 12