AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Carolyn Ray Turnbow-Avery ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-720 |
| Louis DeJoy, Postmaster General ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss (Doc. 6) is granted and Turnbow-Avery's Complaint (Doc. 1) is dismissed without prejudice for lack of jurisdiction. It therefore also denies as moot Turnbow-Avery's Notice of Motion for Summary Judgement [sic] Pursuant to Fed. R. Civ. P. 56 (Doc. 12).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole on motions to Dismiss and for Summary Judgement [sic] Pursuant to Fed. R. Civ. P. 56.

Date: 5/28/24

CLERK OF COURT

*Scott M.* 
Signature of Clerk or Deputy Clerk